KATHRYN KENEALLY
Assistant Attorney General

MARK C. MILTON
Missouri Bar No. 63101
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-2904
Fax: (202) 514-6770
Email: Mark.C.Milton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SHANNON E. FORD, Defendant. | Civil No. 2:13-cv-00041-GEB-CMK |

**FINAL STIPULATED PERMANENT INJUNCTION ORDER**

The United States of America has filed a complaint for permanent injunction against Shannon E. Ford ("Ford") seeking to permanently bar her from preparing federal tax returns for others.  The United States and Ford stipulate to the entry of an injunction order as follows:

1. Ford understands that this Final Stipulated Permanent Injunction Order constitutes the final judgment in this matter, and waives any and all right to appeal from this judgment.  The parties also waive the entry of findings of fact and conclusions of law under Fed. R. Civ. P. 52.

2. Ford consents to the entry of this Final Stipulated Permanent Injunction Order under 26 U.S.C. (I.R.C.) §§ 7402(a), 7407 and 7408 without further notice and agrees to be bound by its terms and to waive any right of appeal. Ford understands and agrees that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this injunction.

3. The parties agree that entry of this Final Stipulated Permanent Injunction Order resolves only this civil injunction action, and neither precludes the government from pursuing

1  any other current or future civil or criminal matters or proceedings against Ford, nor precludes

2  Ford from contesting her liability in any matter or proceeding.

3        Accordingly, the Court hereby FINDS, ORDERS, and DECREES:

4        A.  The Court has jurisdiction under 28 U.S.C. §§ 1340 and 1345 and I.R.C. § 7402(a).

5        B.  Shannon E. Ford has voluntarily consented to the entry of this permanent injunction

6  and agrees to be bound by its terms.

7        C.  Pursuant to I.R.C. §§ 7402(a), 7407 and 7408, Shannon E. Ford, individually and

8  doing business as any entity, and any officers, agents, servants, employees, attorneys and all

9  persons in active concert or participation with her, is permanently enjoined from, directly or

10  indirectly:

      (1)  Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other related documents or forms for other persons;

      (2)  Advising, assisting, counseling, or instructing anyone about the preparation or filing of a federal tax return;

      (3)  Engaging in any other activity subject to penalty under I.R.C. §§ 6694, 6695, 6701, or any other penalty provision in the I.R.C.; or

      (4)  Otherwise engaging in any conduct that substantially interferes with the proper administration and enforcement of the Internal Revenue laws.

      D.  The United States is permitted to engage in discovery after the entry of this Final Stipulated Permanent Injunction Order to ensure Ford's compliance with its terms.

      E.  This Court shall retain jurisdiction over this action for purposes of implementing and enforcing this Stipulated Permanent Injunction and Order.

      SO ORDERED.

Dated:  March 27, 2013

                                                        _____
                                                        GARLAND E. BURRELL, JR.
                                                       Senior United States District Judge

Consented and Agreed to:

Dated: March 25, 2013

Dated: March 26, 2013

KATHRYN KENEALLY
Assistant Attorney General

s/ Shannon E. Ford
SHANNON E. FORD
*Defendant*

s/ Mark C. Milton
MARK C. MILTON
Missouri Bar No. 63101
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2904
Fax: (202) 514-6770
Email: mark.c.milton@usdoj.gov
*Attorneys for the United States of America*

s/ Bruce Locke
BRUCE LOCKE
Moss & Locke
555 University Ave., Suite #150
Sacramento, CA 95825
Tel: (916) 569-0667
Fax: (916) 569-0665
*Attorney for Shannon Ford*

- 3 -